**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: Procter & Gamble Aerosol** | : | Case No. 2:22-md-3025 |
| **Products Marketing and Sales** | : | |
| **Practices Litigation** | : | Judge Michael H. Watson |
| | : | |
| | : | Magistrate Judge Chelsey Vascura |

**This document relates to: <u>ALL CASES</u>**

**NON-SETTLING PLAINTIFFS' UNOPPOSED MOTION TO SEAL OPPOSITION**
**TO MOTION FOR PRELIMINARY APPROVAL OF CLASS**
**<u>ACTION SETTLEMENT</u>**

Pursuant to S.D. Ohio Civ. R. 5.2.1, the Court's Protective Order dated May 19, 2022 (ECF 18), the Non-Settling Plaintiffs ("NSPs"), through the undersigned, respectfully move for permission to file under seal their opposition to the Settling Plaintiffs' ("SPs") motion for preliminary approval of proposed class action settlement (ECF 23).  In support of this motion, NSPs state as follows:

1. On July 1, 2022, SPs filed their motion for preliminary approval of proposed class action settlement.

2. NSPs intend to oppose that motion.

3. NSPs' opposition contains and attaches materials or information that were designated as Confidential pursuant to this Court's Protective Order (ECF 18) by the producing party (Defendant P&G).

4. Given the producing party's designations, and to preserve legitimate confidentiality concerns, good cause exists to allow NSPs to file an unredacted version of its

opposition and related materials under seal. *See, e.g.*, *Protcor & Gamble Co. v. Bankers Trust Co.*, 78 F.3d 219, 227 (6th Cir. 1996).

5. NSPs shall file a redacted version on the publicly available docket.

6. Defendant does not oppose this motion.

WHEREFORE, NSPs respectfully request the Court permit NSPs to file their opposition and related materials under seal.

Dated:  July 22, 2022                                      Respectfully submitted,

                                                           */s/ Ruben Honik*
                                                           Ruben Honik
                                                           **Honik LLC**
                                                           1515 Market Street, Suite 1100
                                                           Philadelphia, PA 19102
                                                           Tel: 267-435-1300
                                                           ruben@honiklaw.com

                                                           *Counsel for Plaintiffs Amselem and Clayton*

## **CERTIFICATE OF SERVICE**

I certify that on July 22, 2022, this document was served on all parties of record via email through the Court's CM/ECF system.

By: */s/ Ruben Honik*
Ruben Honik